STATE OF NEW JERSEY, EX REL. ROCKWELL H. NEW-
MAN, RELATOR, v. JOHN G. SCOTT, BUILDING IN-
SPECTOR OF THE CITY OF EAST ORANGE, AND THE
CITY OF EAST ORANGE, RESPONDENTS.

Argued January 19, 1927—Decided May 13, 1927.

Zoning—Stores and Offices in Residence Territory—Case Within
Rule in Nutley Case.

On application for *mandamus*. On demurrer to return to
an alternative writ.

Before GUMMERE, CHIEF JUSTICE, and Mr. Justice TREN-
CHARD.

For the relator, *Levy, Fenster & McCloskey* (*John J. Mc-
Closkey*, of counsel).

For the respondents, *Walter C. Ellis*.

PER CURIAM.

This is a zoning case. The relator owned a plot of
ground in East Orange. He applied to the building in-
spector of the city for a permit for the erection thereon of
a two-story brick building to be used for stores and offices.
The permit was refused upon the sole ground that the pro-
posed building was in a district designated as a medium
volume residence district in the zoning ordinance of the city,
in which a building of the character proposed by the relator
was excluded.

We think that this case falls within the case of *State* v.
*Nutley*, 99 *N. J. L.* 389. That case in the Court of Errors
and Appeals is binding on this court in the absence of modi-
fication by that court, and as yet there has been none.

The relator is entitled to judgment, with costs, and a per-
emptory writ will issue.